UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20409-CIV-LENARD/WHITE

**DAVID BYRNES,**

    Petitioner,

v.

**UNION CORRECTIONAL INSTITUTION,**

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 6) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 6), issued on April 6, 2011, recommending this Court dismiss Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1), filed on or about February 4, 2011. The Report finds that "[s]ince the sentence for the conviction at issue in this case has expired and is no longer open to direct or collateral attack, no jurisdiction exists under § 2254 to entertain a challenge to those convictions." (Report at 2.) On April 19, 2011, Petitioner filed objections to the Report ("Objections," D.E. 7). The Objections consist of a single string citation to several cases. Petitioner's Objections are without merit. After an independent review of the Report, the Objections, the Petition, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    Consistent with this Order, the Report and Recommendation of Magistrate

Judge Patrick A. White (D.E. 6), issued on April 6, 2011, is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on February 4, 2011, is **DISMISSED**;

3. All other pending motions are **DENIED AS MOOT**;

4. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of April, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**